UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDANDI VII, INC., a Florida corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>ACCELERANT SPECIALTY INSURANCE COMPANY, an Arkansas corporation,<br><br>                                    Defendant. | Case No.: 3:23-cv-00635-H-VET<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>[Doc. No. 31.] |

On April 7, 2023, Plaintiff Verdandi VII, Inc. ("Plaintiff") filed a complaint against Accelerant Specialty Insurance Company ("Defendant") for breach of contract and bad faith. (Doc. No. 1.) On December 1, 2023, Accelerant moved for summary judgment, or in the alternative, summary adjudication on Plaintiff's claims. (Doc. No. 28.) The Court set the hearing for Defendant's motion for summary judgment for January 22, 2024. (Id.)

On December 21, 2023, Plaintiff filed a motion for leave to file a first amended complaint, alleging newly discovered evidence that was only made available to Plaintiff after the deadline to amend the pleadings passed. (Doc. No. 30; see Doc. No. 18.) The Court set the hearing on Plaintiff's motion for leave to amend for January 22, 2024. (Doc.

No. 30.) On December 22, 2023, citing this newly discovered evidence and the need to conduct additional discovery, Plaintiff filed an ex parte application to continue the January 22, 2024 hearing on Defendant's motion for summary judgment. (Doc. No. 31.)

Having considered Plaintiff's ex parte application, the Court denies the application without prejudice and declines to continue the hearing on Defendant's motion for summary judgment. Plaintiff must file its opposition to Defendant's motion for summary judgment on or before **January 8, 2024**. Pursuant to Civil Local Rule 7.1(e)(3), Defendant must file its reply in support of its motion for summary judgment on or before **January 12, 2024**. Defendant must oppose Plaintiff's motion for leave to amend the complaint on or before **January 8, 2024**. Plaintiff must file its reply in support of its motion for leave to amend on or before **January 12, 2024**. (See Civ. L. R. 7.1(e)(3).)

**IT IS SO ORDERED.**

DATED: December 22, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT